UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 6 2006

at __3__ o'clock and __15__ min P M
SUE BEITIA, CLERK

| | |
|---|---|
| LIVA FIATOA,<br><br>    Plaintiff - Appellant,<br><br>V.<br><br>DAVID KEALA; et al.,<br><br>    Defendants,<br><br>And<br><br>BRIGHAM YOUNG UNIVERSITY, Hawaii,<br><br>    Defendant - Appellee. | No.  04-15747<br>D.C. No.  CV-03-00258-BMK<br><br><br>**JUDGMENT** |
| LIVA FIATOA,<br><br>    Plaintiff - Appellee,<br><br>V.<br><br>DAVID KEALA; et al.,<br><br>    Defendants,<br><br>And<br><br>BRIGHAM YOUNG UNIVERSITY, Hawaii,<br><br>    Defendant - Appellant. | No.  04-15867<br>D.C. No.  CV-03-00258-BMK<br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Each party shall bear its own costs on this appeal.

Filed and entered 07/21/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 14 2006

by: [signature]
Deputy Clerk