INTERNAL USE ONLY: Proceedings include all events.
04-15747 Fiatoa v. Brigham Young Univ., et al

| | |
|---|---|
| LIVA FIATOA<br>    Plaintiff - Appellant | William Tagupa<br>808/224-7278<br>[COR LD NTC ret]<br>3425 Loulu St.<br>Honolulu, HI 96822 |
| v. | |
| DAVID KEALA<br>    Defendant | No appearance<br>No appearance |
| LOREN HOLLEY<br>    Defendant | No appearance<br>(See above) |
| BRIGHAM YOUNG UNIVERSITY, Hawaii<br>    Defendant - Appellee | Barbara A. Petrus, Esq.<br>808/547-5600<br>[COR LD NTC ret]<br>Mary E. Raxter, Esq.<br>808/547-5600<br>Suite 1800<br>[COR ret]<br>GOODSILL, ANDERSON, QUINN & STIFEL<br>1099 Alakea Street<br>Honolulu, HI 96813-4500 |

```
INTERNAL USE ONLY: Proceedings include all events.
04-15867 Fiatoa v. Brigham Young Univ, et al
```

LIVA FIATOA
    Plaintiff - Appellee

William Tagupa
808/224-7278
[COR LD NTC ret]
3425 Loulu St.
Honolulu, HI 96822

  v.

DAVID KEALA
    Defendant

No appearance
No appearance

LOREN HOLLEY
    Defendant

No appearance
(See above)

BRIGHAM YOUNG UNIVERSITY,
Hawaii
    Defendant - Appellant

Barbara A. Petrus, Esq.
808/547-5600
[COR LD NTC ret]
Mary E. Raxter, Esq.
808/547-5600
Suite 1800
[COR ret]
GOODSILL, ANDERSON, QUINN &
STIFEL
1099 Alakea Street
Honolulu, HI 96813-4500